FILED
John E. Triplett, Clerk of Court
United States District Court
By JamesBurrell at 10:21 am, Jan 29, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORATION NO: 4:24cr-014 |
| | ) | |
| v. | ) | 18 U.S.C. §§ 7 and 13 |
| | ) | |
| HAILEY J. HOPKINS | ) | O.C.G.A. § 16-12-4(b)(1) |
| | ) | Cruelty to Animals |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
*Cruelty to Animals*
O.C.G.A. § 16-12-4(b)(1)

On or about September 20, 2023, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Hunter Army Airfield Military Reservation,

**HAILEY J. HOPKINS,**

did cause unjustifiable pain and suffering, by an unjustifiable act and omission, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 16-12-4(b)(1).

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Michael Z. Spitulnik*

Michael Z. Spitulnik
Special Assistant United States Attorney
IL Bar No. 6321559